(86 South. 52)

**WEAKLEY et al. v. HENRY, County Treasurer. (6 Div. 107.)**

(Supreme Court of Alabama. June 30, 1920.)

Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge.

Petition by John B. Weakley and others for writ of mandamus against M. V. Henry, County Treasurer, etc. From an order denying a motion for the writ, petitioners appeal. Affirmed.

Johnston & Cocke, of Birmingham, for appellants.

John McCoy and J. G. Davis, both of Birmingham, for appellee.

THOMAS, J. Petition by the appellants for writ of mandamus against the appellee, county treasurer.

This appeal was by agreement submitted and consolidated with the appeal identically styled and numbered in this court, sixth division, No. 108, 86 South. 46.[1] The order or decree of the lower court herein is affirmed, on the authority of the decision in the latter cause announced of this date.

Affirmed.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.